IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00214-REB-KLM

REGIONAL DISTRICT COUNCIL, by and through Daniel S. Parker, in his representative capacity as President,
DANIEL S. PARKER, in his representative capacity as President of Regional District Council,
REGIONAL LOCAL UNION NO. 847, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, AFL-CIO, by and through Donald A. Zampa, in his representative capacity as Administrator,
DONALD A. ZAMPA, in his representative capacity as Administrator of Regional Local Union No. 847, International Association of Bridge, Structural, Ornamental and Reinforcing Iron Workers, AFL-CIO,
REGIONAL DISTRICT COUNCIL WELFARE TRUST FUND, by and through its Board of Trustees,
REGIONAL DISTRICT COUNCIL VACATION TRUST FUND, by and through its Board of Trustees, and
REGIONAL DISTRICT COUNCIL TRAINING TRUST, by and through its Board of Trustees,

    Plaintiffs,

v.

MILE HIGH RODBUSTERS, INC.,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Withdraw as Counsel for Plaintiffs** [Docket No. 21; Filed August 6, 2013] (the "Motion"), filed by Attorney James R. Kimmey ("Kimmey"), counsel for Plaintiffs. As an initial matter, the Motion does not comply with D.C.COLO.LCivR 7.1A, which provides as follows:

> The Court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the

motion, the specific efforts to comply with this rule.

The Motion is subject to denial on this basis alone. Nevertheless, in the interest of expedience,

IT IS HEREBY **ORDERED** that the Motion [#21] is **GRANTED**. Attorney Kimmey is relieved of any further representation of Plaintiffs in this case. The Clerk of the Court is instructed to terminate Attorney Kimmey as counsel of record, and to remove his name from the electronic certificate of mailing. Plaintiffs shall continue to be represented by Attorney Jamie L. Reyes-Jones and Attorney Michael A. Evans.

Dated: August 6, 2013