## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00214-REB-KLM

REGIONAL DISTRICT COUNCIL, by and through Daniel S. Parker, in his
representative capacity as President,
DANIEL S. PARKER, in his representative capacity as President of Regional District
Council,
REGIONAL LOCAL UNION NO. 847, INTERNATIONAL ASSOCIATION OF BRIDGE,
STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, AFL-CIO, by
and through Donald A. Zampa, in his representative capacity as Administrator,
DONALD A. ZAMPA, in his representative capacity as Administrator of Regional Local
Union No. 847, International Association of Bridge, Structural, Ornamental and
ReinforcingIron Workers, AFL-CIO,
REGIONAL DISTRICT COUNCIL WELFARE TRUST FUND, by and through its Board
of Trustees,
REGIONAL DISTRICT COUNCIL VACATION TRUST FUND, by and through its Board
of Trustees, and
REGIONAL DISTRICT COUNCIL TRAINING TRUST, by and through its Board of
Trustees

      Plaintiffs

v.

MILE HIGH RODBUSTERS, INC.

      Defendant

---

## DEFAULT JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 55(b), the following Default Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of United States**

**Magistrate Judge** [#45] of Judge Robert E. Blackburn entered on March 9, 2015 it is

ORDERED that default judgment is hereby entered in favor of Plaintiffs and

against Defendant, Mile High Rodbusters, Inc in favor of the plaintiffs on the claim

asserted in Count 1 of the Complaint [#1].  A total monetary award in favor of the plaintiffs and against the defendant of $ 79,079.87  dollars for damages, interest, attorney fees, and costs allocated as follows:

a. unpaid contributions under the CBA for 2012 in the amount of 34,845.89 dollars;

b. interest on unpaid contributions in the amount of 14,686.52 dollars;

c. additional interest under 29 U.S.C. § 1132(g)(2)(C)(i) in the amount of 14,686.52 dollars;

d. reasonable attorney fees in the amount of 14,378.43 dollars; and

e. costs in the amount of 482.51 dollars. It is further

ORDERED that Count II of the Complaint [#1] is **DISMISSED** with prejudice and that this case is **CLOSED**.

Dated at Denver, Colorado this 9th day of March, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   A. Lowe
_____

A. Lowe
Deputy Clerk